UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

WENDY LAMOUTH, individually and on behalf of all others similarly situated,

                Plaintiff,

-against-

HORIZON ORGANIC DAIRY, LLC,

                Defendant.

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 2/20/2020
```

19 Civ. 11928 (AT)

**ORDER**

ANALISA TORRES, District Judge:

    The initial pretrial conference scheduled for March 5, 2020, at 12:00 p.m., is hereby RESCHEDULED to **March 5, 2020**, at **3:20 p.m.** By **February 27, 2020**, the parties shall submit their joint letter and proposed case management plan.

    SO ORDERED.

Dated: February 20, 2020
       New York, New York

                                      ANALISA TORRES
                                 United States District Judge