USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 2/27/2020

**Sheehan & Associates, P.C.**     505 Northern Blvd Ste 311, G
tel. 516.303.05
spencer

February 26, 2020

District Judge Analisa Torres
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

                 Re:    1:19-cv-11928-AT
                       Lamouth v. Horizon Organic Dairy, LLC

Dear District Judge Torres:

      This office represents the plaintiff. In accordance with your Honor's Individual Practices in Civil Cases, plaintiff requests an adjournment of the Initial Conference.

      The original date for the Initial Conference is Thursday, March 5, 2020 and the submission of the joint letter, civil case management plan and scheduling order is to be filed no later than Thursday, February 27, 2020. There have been no previous requests for adjournment of this date. No previous request was granted or denied.

      This action was filed on Tuesday, December 31, 2019 and "a copy of the complaint, 2 copies of the waiver form appended to this Rule 4, and a prepaid means for returning the form" was sent to defendant's registered agent as indicated on the summons on Wednesday, January 8, 2020.

      The reason for this request is because the parties are in negotiation for defendant to accept service of process. Plaintiff anticipates defendant will execute a waiver of service within the next two to three weeks. Plaintiff requests an adjournment of at least forty-five (45) days so that defendant can sign and return the waiver of service, evaluate the case and discuss it with the undersigned in advance of the date by which defendant's answer or response to the complaint is due. This request is submitted at least 48 hours prior to the date of the conference. Thank you.

                                                        Respectfully submitted,

                                                        /s/Spencer Sheehan
                                                        Spencer Sheehan

GRANTED. The initial pretrial conference scheduled for March 5, 2020 is ADJOURNED to **April 21, 2020**, at **11:40 a.m.** By **April 14, 2020**, the parties shall submit their joint letter and proposed case management plan.

SO ORDERED.

Dated: February 27, 2020
        New York, New York

_____
ANALISA TORRES
United States District Judge